|   |   |
|---|---|
| 1 | Judge Settle |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| SHELBY PROIE; KAREN MUNRO; PATRICIA SYKES; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a non-profit corporation, | ) ) ) ) ) ) | NO. C11-05955-BHS **Notice of Appearance** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NATIONAL MARINE FISHERIES SERVICE; ERIC C. SCHWAAB, in his official capacity as Assistant Administrator for Fisheries of the National Marine Fisheries Services; and REBECCA M. BLANK, in her official capacity as the Acting Secretary of the United States Department of Commerce, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO:     CLERK OF THE ABOVE-ENTITLED COURT;

AND TO:     Katherine Anne Meyer, Brian Alan Knutsen, Jacqueline Marie Dorn, and Neil H. Abramson, Attorneys of record for Plaintiffs

PLEASE TAKE NOTICE that the federal defendants in the above-entitled cause of action, without waiving objection to, inter alia, service, venue, or jurisdiction, hereby enter their appearance by and through the attorney of record listed below:

NOTICE OF APPEARANCE - 1
(C11-05955-BHS)

**UNITED STATES ATTORNEY**
**5220 United States Courthouse**
**700 Stewart Street**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

| | |
|---|---|
| 1 | Brian C. Kipnis<br>Assistant United States Attorney |
| 2 | 5220 United States Courthouse<br>700 Stewart Street |
| 3 | Seattle, WA 98101-1671<br>Telephone: (206) 553-7970/Fax: (206) 553-4073 |
| 4 | E-mail: brian.kipnis@usdoj.gov |

You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon said defendants by serving the above named attorney at the address indicated above.

DATED this 30th day of November, 2011.

JENNY A. DURKAN
United States Attorney

*s/Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Katherine Anne Meyer | katherinemeyer@meyerglitz.com |
| Brian Alan Knutsen | briank@igc.org |
| Jacqueline Marie Dorn | jdorn@proskauer.com |
| Neil H. Abramson | nabramson@proskauer.com |

DATED this 30th day of November, 2011.

*s/Dung Phan*
DUNG PHAN, Legal Assistant
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: dung.t.phan@usdoj.gov

NOTICE OF APPEARANCE - 3
(C11-05955-BHS)

**UNITED STATES ATTORNEY**
**5220 United States Courthouse**
**700 Stewart Street**
**Seattle, Washington 98101-1271**
**(206) 553-7970**