UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
-------------------------------------------------------------------------X

SHELBY PROIE, et al.

             Plaintiff,

             -against-

NATIONAL MARINE FISHERIES SERVICE, et al.

             Defendant,

-------------------------------------------------------------------X

STATE OF NEW YORK     )
                         ss.:
COUNTY OF NEW YORK  )

Index No. C 11-5955 (BHS)

**AFFIDAVIT OF SERVICE**

Jesus Hernandez, being duly sworn, deposes and states:

     1. I am not a party to this proceeding, am over 18 years of age, and reside in Bronx County, New York.

     2. On November 22, 2011, deponent served, ***SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; MINUTES ORDER REGARDING DISCOVERY AND DEPOSITIONS; MINUTE ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT,*** upon the following party at the designated address for the purpose:

**Via Certified Mail – Return Receipt Requested**
Eric C. Schwaab
Assistant Administrator for Fisheries
National Marine Fisheries Service
1315 East-West Highway
Bldg. 3, Room 14636
Silver Spring, Maryland 20910

**Via Certified Mail – Return Receipt Requested**
Rebecca Blank
Acting Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

**Via Certified Mail – Return Receipt Requested**
National Marine Fisheries Service

1315 East-West Highway, SSMC 3
Silver Spring, Maryland 20910

**Via Certified Mail – Return Receipt Requested**
Eric H. Holder, Jr.
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**Via Certified Mail - Return Receipt Requested**
Jenny A. Durkan
United States Attorney for the Western District of Washington
United State's Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

**Via Certified Mail - Return Receipt Requested**
Civil Process Clerk
United States Attorney's Office for the Western District of Washington
United State's Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

        3. Said service was made **Via Certified Mail – Return Receipt Requested** by depositing true copy of document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in a official depository under the exclusive care and custody of the United State Post Office, within the state of New York.


 Sworn before me this
23nd day of November 2011


_____
Notary Public

ANTHONY LOPEZ
Notary Public, State of New York
No. 6015568
Qualified in New York County
Commission Expires Nov. 02, 2014

Jesus Hernandez
License No. 0779094