Judge Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELBY PROIE; KAREN MUNRO; PATRICIA SYKES; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation; and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; ERIC C. SCHWAAB, in his official capacity as Assistant Administrator for Fisheries of the National Marine Fisheries Services; and REBECCA M. BLANK, in her official capacity as the Acting Secretary of the United States Department of Commerce,<br><br>Defendants. | NO. C11-05955-BHS<br><br>**AMENDED NOTICE OF APPEARANCE** |

TO: CLERK OF THE ABOVE-ENTITLED COURT;

AND TO: Katherine Anne Meyer, Brian Alan Knutsen, Jacqueline Marie Dorn, and Neil H. Abramson, Attorneys of record for Plaintiffs

**PLEASE TAKE NOTICE** that the federal Defendants in the above-entitled cause of action, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enters their appearance by and through the undersigned attorneys of record. You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon said Defendants by serving the



UNITED STATES ATTORNEY
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
(206) 553-7970

undersigned attorneys at the address stated below. Brian C. Kipnis will be local counsel in this matter, and Bridget McNeil of the Department of Justice's Environment and Natural Resources Division will serve as lead counsel for the Defendants.

DATED this 7th day of December, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

*s/Bridget Kennedy McNeil*
BRIDGET KENNEDY MCNEIL
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1484
Fax: (303) 844-1350
E-mail: Bridget.McNeil@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Katherine Anne Meyer | katherinemeyer@meyerglitz.com |
| Brian Alan Knutsen | briank@igc.org |
| Jacqueline Marie Dorn | jdorn@proskauer.com |
| Neil H. Abramson | nabramson@proskauer.com |

DATED this 7th day of December, 2011.


*s/Dung Phan*
DUNG PHAN, Legal Assistant
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: dung.t.phan@usdoj.gov